IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA**
 **Appellee**

 v.         No. 12-4162

**Cortez Mallory**
 **Appellant**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

 COMES NOW Attorney Mark J. Carroll, counsel for Cortez Mallory Appellant, (Appeal 12-4162) to respectfully moves this Honorable Court for the entry of an Order granting leave to withdraw as counsel. As grounds, the following is stated by counsel:

 1. I have carefully reviewed the motions hearing, plea hearing and sentencing hearing transcripts, as well as the entire record in this matter.  I have researched all case and statutory law relating to any potential issues disclosed by the record.

 2. In my opinion, there is nothing in the record on appeal, which could be augmented into the record to create an arguable issue on appeal.

 3. Counsel has filed a brief *Anders* v. *California*, 386 U.S. 738 (1967), concurrently with the filing of this Motion for Leave to Withdraw as Counsel. Copies of this instant Motion and the "Anders" brief have been served on the

Appellant via postage pre-paid first class mail. Also, a letter dated June 4, 2012, has been mailed to the Appellant advising him of his opportunity to submit additional arguments to the Court within thirty (30) days.

    4.    Base on the foregoing, and for such other reasons that may appear just and proper, counsel on appeal respectfully requests moves this Honorable Court for the entry of an Order granting leave to withdraw as counsel.

    Respectfully submitted,

/s/ Mark J. Carroll
Mark J. Carroll, Esquire #27941
9520 Reach Road
Potomac, Md. 20854
301-762-6453
301-762-6454 (fax)
443-421-3475 (cell)
Markjcarroll@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2012, I caused this Motion for Leave to Withdraw as Counsel to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

William Moomau
OFFICE OF THE U.S. ATTORNEY
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland  20770
(301) 344-0105

*Counsel for Appellee*

I further certify that on this 6th day of June, 2012, Counsel for Appellant has served one copy of this Motion, via U.S. Mail, postage prepaid, upon:

Cortez Mallory, Inmate # 53651-037
FCI Fort Dix
Federal Correctional Institution
Post Office Box 2000
Fort Dix, New Jersey  08640

*Appellant*

/s/ Mark J. Carroll
Mark J. Carroll