FILED: June 7, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4162

(8:11-cr-00171-DKC-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CORTEZ MAURICE MALLORY

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file attachment to brief, the court grants the motion and accepts the attachment for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk